

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00082-CV

| | | |
|---|---|---|
| The State of Texas | § | From the 158th District Court |
| | § | of Denton County (2013-20001-158) |
| | § | |
| V. | | November 26, 2014 |
| | § | |
| | § | Opinion by Justice Walker |
| N.R.J. | § | Dissent by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and we render a judgment that N.R.J.'s petition for expunction is denied.

It is further ordered that appellee N.R.J. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Sue Walker_____
Justice Sue Walker